UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Jose Guillermo GARCIA-Martinez,<br><br>　　　　　　　Defendant. | Case No.　**2:24-mj-08050-BLM**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 18, 2024, within the Southern District of California, defendant, Jose Guillermo GARCIA-Martinez, an alien, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

                                     FERNANDO QUIROZ
                                     BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of January, 2024.

                                     HON. BARBARA L. MAJOR
                                     U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose Guillermo GARCIA-Martinez

**STATEMENT OF FACTS**

This Complaint and Statement of Facts is based upon the investigative report of Border Patrol Agent (BPA) F. Carrizosa that defendant, Jose Guillermo GARCIA-Martinez (GARCIA), attempted to enter the United States and was arrested on January 18, 2024, near Calexico, California.

On January 18, 2023, BPA O. Cardenas was performing line watch duties approximately 0.5 miles east of the Calexico, California West Port of Entry. At approximately 2:50 a.m., BPA Cardenas was advised by Remote Video Surveillance Systems (RVSS) operators that they observed an individual crawling through an opening in the International Boundary Fence (IBF). BPA Cardenas responded to the area and encountered an individual, later identified as GARCIA, walking across the street from the IBF approximately 42 yards north of the IBF. BPA Cardenas approached GARCIA and questioned GARCIA as to his citizenship. GARCIA admitted he is a citizen of Mexico without any documentation to be in, remain, or pass through the United States. GARCIA was placed under arrest and was transported to the El Centro Sector Centralized processing Center for further processing.

Record checks revealed GARCIA was ordered removed from the United States by an Immigration Official on November 8, 2021. GARCIA was last physically removed from the United States to Mexico on November 9, 2021, through Laredo, Texas.

There is no evidence showing GARCIA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.